IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPHINE SHIBLEY MALOUF                                    PLAINTIFF

v.                          No. 3:16-cv-121-DPM

REPUBLIC UNDERWRITERS
INSURANCE COMPANY                                           DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 April 2017